**Devakiruba J. HAYWOOD,
Plaintiff—Appellant,**

v.

**ELECTROLUX HOME PRODUCTS, INCORPORATED, Whites Consolidated Industries WCI, Defendant—Appellee.**

No. 04–2222.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 2, 2005.

Decided Feb. 18, 2005.

Devakiruba J. Haywood, Appellant pro se. Charles Franklin Thompson, Jr., Michael D. Malone, Talley, Malone, Thompson & Gregory, Columbia, South Carolina, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Devakiruba J. Haywood appeals the district court's order granting summary judgment to the Defendant on her Title VII claim of discrimination based on national origin. *See* 42 U.S.C. §§ 2000e–2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Haywood v. Electrolux Home Prods. Inc.,* No. CA–03–259–8–26AK (D.S.C. Aug. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*